# Third District Court of Appeal
## State of Florida

Opinion filed May 17, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1962
Lower Tribunal No. 20-14976

_____

**Un Monde Nouveau, Inc.,
d/b/a A New World Academy,**
Appellant,

vs.

**Young Men's Christian Association of South Florida, Inc.,
a/k/a YMCA of South Florida, Inc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Sheehe & Associates, P.A., Phillip J. Sheehe and Johanna E. Sheehe, for appellant.

Bilzin Sumberg Baena Price & Axelrod LLP, and Scott N. Wagner, Brianna Sainte and Stephanie Koutsodendris, for appellee.

Before FERNANDEZ, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.  See VME Group Int'l, LLC v. Grand Condo. Ass'n, Inc., 305 So. 3d 30, 31 (Fla. 3d DCA 2019) ("To obtain a temporary injunction, [New World] had to satisfy the following five-part test: (1) the substantial likelihood of success on the merits, (2) the likelihood of irreparable harm, (3) the unavailability of an adequate remedy at law, (4) the threatened injury outweighs the possible harm, and (5) the issuance of the temporary injunction will not disserve the public interest.  If the party seeking the temporary injunction fails to establish any of these requirements, the party's motion for temporary injunction must be denied.")  (internal citation omitted); Sammie Invs., LLC v. Strategica Capital Assocs., 247 So. 3d 596, 600 (Fla. 3d DCA 2018) ("The party seeking an injunction has the burden of providing competent, substantial evidence satisfying each element."); Cohen Fin., LP v. KMC/EC II, LLC, 967 So. 2d 224, 226 (Fla. 3d DCA 2007) ("In reviewing a trial court's ruling on a request for a temporary injunction, we must affirm unless the appellant establishes that the trial court committed a clear abuse of discretion.").